IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 02 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:18cr15 KS-MTP

TERRY L. MAGEE  18 U.S.C. § 844(e)

**The Grand Jury charges:**

That on or about February 17, 2018, in Covington County in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **TERRY L. MAGEE**, by means and use of an instrument of commerce, that is, the telephone, willfully and knowingly made a threat to unlawfully damage or destroy a building, the Veterans Administration Nursing Home in Collins, Mississippi, by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

_G. L. Shay for_
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
s/ signature redacted

_____
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 2nd day of _May_, 2018.

_____
UNITED STATES MAGISTRATE JUDGE