CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 02 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: COLLINS

COUNTY: COVINGTON

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 2:18cr15KS-MTP
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: TERRY L. MAGEE

**U.S. ATTORNEY INFORMATION:**

AUSA: ERIN O. CHALK    BAR # 101721

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE  03/01/2018

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
 X  ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: 1    ___ PETTY ___ MISDEMEANOR  1  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:844.F. | 18 USC § 844(e) | Threaten to kill/injure/intimidate any individual, damage or destroy any building, personal property by fire or explosive | 1 |

Date: 5/3/18    **SIGNATURE OF AUSA:** _Kathryn Van Buskirk_

Revised 2/26/2010